# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0594
LT Case No. 2003-CT-000772

———————————————

KATHRYN ELIZABETH BEACH,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the County Court for Flagler County.
D. Melissa Distler, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

John M. Guard, Acting Attorney General, Tallahassee, and
Douglas T. Squire, Assistant Attorney General, Daytona Beach,
for Appellee.

February 4, 2025

PER CURIAM.

   AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA
2024); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), review
granted, 2024 WL 370043 (Fla. Jan. 31, 2024).

EDWARDS, C.J., and EISNAUGLE and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____